UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: BRUSKI EXCAVATING, INC. | § Case No. 07-73027 |
| | § |
| INC, BB EXCAVATING | § |
| Debtor(s) | § |

## TRUSTEE'S INTERIM REPORT

The undersigned trustee hereby makes this Interim Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 13, 2007. The undersigned trustee was appointed on December 14, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.* An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         49,367.82

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 7,500.00 |
| Administrative expenses | 2,841.00 |
| Bank service fees | 1,508.87 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 37,517.95 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

*except for the three A/R claims pending against pasquinelli, Inc. and its related entities.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/02/2008 and the deadline for filing governmental claims was 06/10/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,686.78. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,686.78, for an interim compensation of $5,686.78.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $130.97, for total expenses of $130.97.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/05/2013        By:/s/MEGAN G. HEEG
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-73027  
**Case Name:** BRUSKI EXCAVATING, INC.  
**Period Ending:** 02/05/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 12/13/07 (f)  
**§341(a) Meeting Date:** 01/23/08  
**Claims Bar Date:** 05/02/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | ACCOUNTS RECEIVABLE<br>Multiple A/R's including this asset (Mahoney Excavating, $1,350.00) and assets 4 through 20, below, scheduled with a combined value of $396,706.56. | 1,350.00 | 0.00 | | 650.00 | FA |
| 2 | BANK ACCOUNTS<br>Orig. Asset Memo: Fifth Third Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | STOCK AND BUSINESS INTERESTS<br>Orig. Asset Memo: B & B Excavating, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | ACCOUNTS RECEIVABLE<br>Orig. Asset Memo: Pasquinelli, Inc. - Tuscany Woods | 43,897.50 | 15,000.00 | | 0.00 | 15,000.00 |
| 5 | ACCOUNTS RECEIVABLE<br>Orig. Asset Memo: Pasquinelli, Inc. - Meadows of Countrybrook | 184,000.00 | 50,000.00 | | 0.00 | 50,000.00 |
| 6 | ACCOUNTS RECEIVABLE<br>Orig. Asset Memo: Pasquinelli, Inc. - Hampton Park | 6,534.00 | 2,000.00 | | 0.00 | 2,000.00 |
| 7 | ACCOUNTS RECEIVABLE<br>Orig. Asset Memo: Wyndham Homes, Inc. or William Ryan (snow plowing) | 25,400.00 | 8,400.00 | | 8,400.00 | FA |
| 8 | ACCOUNTS RECEIVABLE<br>Orig. Asset Memo: William Ryan Homes - Sandy Creek | 27,931.03 | 9,300.00 | | 9,300.00 | FA |
| 9 | ACCOUNTS RECEIVABLE<br>Orig. Asset Memo: William Ryan Homes - River Bend | 12,897.03 | 4,300.00 | | 4,300.00 | FA |
| 10 | ACCOUNTS RECEIVABLE<br>Orig. Asset Memo: West Point Builders | 8,700.00 | 2,700.00 | | 2,700.00 | FA |
| 11 | ACCOUNTS RECEIVABLE<br>Orig. Asset Memo: Elite Pools | 3,250.00 | 0.00 | DA | 0.00 | FA |
| 12 | ACCOUNTS RECEIVABLE<br>Orig. Asset Memo: Grand Point Homes - Grand Reserves | 3,320.00 | 0.00 | DA | 0.00 | FA |
| 13 | ACCOUNTS RECEIVABLE | 4,418.00 | 0.00 | DA | 0.00 | FA |

Printed: 02/05/2013 10:23 AM   V.13.11

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-73027  
**Case Name:** BRUSKI EXCAVATING, INC.  

**Period Ending:** 02/05/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 12/13/07 (f)  
**§341(a) Meeting Date:** 01/23/08  
**Claims Bar Date:** 05/02/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Grand Point Homes - Grand Meadows |  |  |  |  |  |
| 14 | ACCOUNTS RECEIVABLE<br>Orig. Asset Memo: Ryland Homes, Inc. - Talamore (subject to setoff) | 33,880.00 | 10,000.00 |  | 10,000.00 | FA |
| 15 | ACCOUNTS RECEIVABLE<br>Orig. Asset Memo: Ryland Homes, Inc. - Beacon Point | 7,270.00 | 2,000.00 |  | 2,000.00 | FA |
| 16 | ACCOUNTS RECEIVABLE<br>Orig. Asset Memo: Ryland Homes, Inc. - Bryn Mawr | 13,414.00 | 5,000.00 |  | 5,000.00 | FA |
| 17 | ACCOUNTS RECEIVABLE<br>Orig. Asset Memo: Ryland Homes - Gilbert Town Center | 2,936.00 | 1,000.00 |  | 1,000.00 | FA |
| 18 | ACCOUNTS RECEIVABLE<br>Orig. Asset Memo: Ryland Homes - Shadow Hill | 9,359.00 | 3,000.00 |  | 3,000.00 | FA |
| 19 | ACCOUNTS RECEIVABLE<br>Orig. Asset Memo: Ryland Homes - Haver Ford | 3,400.00 | 1,400.00 |  | 1,400.00 | FA |
| 20 | ACCOUNTS RECEIVABLE<br>Orig. Asset Memo: Ryland Homes - Tuscan Woods | 4,350.00 | 1,600.00 |  | 1,600.00 | FA |
| 21 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS (u)<br>Orig. Asset Memo: Potential preference(s) relating to Chase debts | Unknown | 0.00 | DA | 0.00 | FA |
| 22 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 300.00 | 0.00 | DA | 0.00 | FA |
| 23 | 2001 Sterling Dump Truck (Vin: . . . 8240) (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 24 | 2001 Sterling Dump Truck (Vin . . . 8236) (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 25 | Other Personal Property (unscheduled) (u)<br>Orig. Asset Memo: Dividend check (Continental Western Ins may deny it is owed. Demand ltr to it 2/3/09) | 0.00 | 0.00 | DA | 0.00 | FA |
| 26 | system error - not an actual asset | 0.00 | 0.00 |  | 0.00 | FA |
| 27 | system error - not an actual asset | 0.00 | 0.00 |  | 0.00 | FA |

Printed: 02/05/2013 10:23 AM    V.13.11

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Page: 3

| Case Number: | 07-73027 | Trustee: | (330490) | MEGAN G. HEEG |
| --- | --- | --- | --- | --- |
| Case Name: | BRUSKI EXCAVATING, INC. | Filed (f) or Converted (c): | 12/13/07 (f) | |
| | | §341(a) Meeting Date: | 01/23/08 | |
| Period Ending: 02/05/13 | | Claims Bar Date: | 05/02/08 | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28 | system error - not an actual asset | 0.00 | 0.00 | | 0.00 | FA |
| 29 | system error - not an actual asset | 0.00 | 0.00 | | 0.00 | FA |
| 30 | system error - not an actual asset | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 17.82 | Unknown |
| 31 | Assets Totals (Excluding unknown values) | $396,706.56 | $115,700.00 | | $49,367.82 | $67,000.00 |

**Major Activities Affecting Case Closing:**

To Do:

1) Pasquinelli litigation (assets 4-6). An adversary was filed. In 2011, most defendants filed bankruptcy and one defendant is no longer in business. The adversary was dismissed without prejudice in September, 2011. Proofs of claims were filed in the following Northern District bankruptcy cases: 11-14829 (Pasquinelli Home Building, the leading case of many consolidated cases) and 11-25205 (Pasquinelli Homes, LLC). As of January, 2013, the Pasquinelli Trustee has collected over $1 million but is still in the "investigating stage" -- in fact the section 341 meeting has yet to be completed. Pasquenilli Trustee said it may be June, 2013 before he can determine if there will be a potential distribution to general unsecured creditors. Monitor Pasquinelli bankruptcy.

2) Tax returns were filed. If additional A/R are received, prepare additional tax returns.

3) To date, claim objections were resolved as to priority claims at 705(a)(5) and higher. If additional funds are received, may need to object to certain lower claims.

4) File interim report to distrubte funds on hand to priority creditors.

| Initial Projected Date Of Final Report (TFR): | May 31, 2009 | Current Projected Date Of Final Report (TFR): | August 31, 2013 |
| --- | --- | --- | --- |

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07-73027 | | Trustee: | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| Case Name: | BRUSKI EXCAVATING, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****39-65 - Money Market Account |
| Taxpayer ID #: | **-***4371 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/05/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 03/04/08 | {1} | Mahoney Excavating, Inc. | funds due debtor | 1121-000 | 650.00 | | 650.00 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.09 | | 650.09 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.09 | | 650.18 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.08 | | 650.26 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.08 | | 650.34 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.08 | | 650.42 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.07 | | 650.49 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.08 | | 650.57 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.07 | | 650.64 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.05 | | 650.69 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 650.73 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 650.75 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 650.77 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 650.79 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 650.81 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 650.83 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 650.85 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 650.87 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 650.89 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 650.91 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 650.93 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 650.95 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 650.97 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 650.99 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 651.01 |
| 03/01/10 | {7} | Attorney John Ruddy | share of A/R for snow plowing work | 1121-000 | 4,000.00 | | 4,651.01 |
| 03/05/10 | | William Ryan Homes - Chicago | Share of A/R for snow plowing and other A/R collection | | 18,000.00 | | 22,651.01 |
| | {7} | | 4,400.00 | 1121-000 | | | 22,651.01 |
| | {8} | | 9,300.00 | 1121-000 | | | 22,651.01 |
| | {9} | | 4,300.00 | 1121-000 | | | 22,651.01 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 22,651.78 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.15 | | 22,651.93 |
| 04/06/10 | | Wire out to BNYM account 9200******3965 | Wire out to BNYM account 9200******3965 | 9999-000 | -22,651.93 | | 0.00 |

Subtotals :          $0.00          $0.00

{} Asset reference(s)

Printed: 02/05/2013 10:23 AM    V.13.11

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-73027 | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|
| Case Name: | BRUSKI EXCAVATING, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****39-65 - Money Market Account |
| Taxpayer ID #: | **-***4371 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/05/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -22,651.93 | 0.00 | |
| | | | Subtotal | | 22,651.93 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $22,651.93 | $0.00 | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 02/05/2013 10:23 AM　V.13.11

Case 07-73027 Doc 96 Filed 02/19/13 Entered 02/19/13 16:34:06 Desc Main Document Page 8 of 18

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 07-73027 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | BRUSKI EXCAVATING, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****108520 - Checking Account |
| Taxpayer ID #: | **-***4371 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/05/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 40,317.95 | | 40,317.95 |
| 02/05/13 | 10102 | Carl C. Swanson, CPA | Per order dated 2/4/13 | 3410-000 | | 2,800.00 | 37,517.95 |
| | | | ACCOUNT TOTALS | | 40,317.95 | 2,800.00 | $37,517.95 |
| | | | Less: Bank Transfers | | 40,317.95 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,800.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $2,800.00 | |

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 07-73027 | | Trustee: | MEGAN G. HEEG (330490) |
| Case Name: | BRUSKI EXCAVATING, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******39-19 - Money Market Account |
| Taxpayer ID #: | **-***4371 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/05/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/10 | | FUNDING ACCOUNT:<br>9200******3965 | | 9999-000 | 20,000.00 | | 20,000.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 0.57 | | 20,000.57 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 2.47 | | 20,003.04 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 2.54 | | 20,005.58 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 2.55 | | 20,008.13 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,008.29 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,008.45 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,008.61 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,008.77 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,008.93 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,009.08 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,009.24 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,009.40 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,009.56 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 20,009.71 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.09 | | 20,009.80 |
| 07/18/11 | | To Account #9200******3920 | combine MMA's | 9999-000 | | 20,009.80 | 0.00 |
| | | | ACCOUNT TOTALS | | 20,009.80 | 20,009.80 | $0.00 |
| | | | Less: Bank Transfers | | 20,000.00 | 20,009.80 | |
| | | | Subtotal | | 9.80 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $9.80 | $0.00 | |

{} Asset reference(s)    Printed: 02/05/2013 10:23 AM    V.13.11

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 07-73027 | | Trustee: | MEGAN G. HEEG (330490) |
| Case Name: | BRUSKI EXCAVATING, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******39-20 - Checking Account |
| Taxpayer ID #: | **-***4371 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/05/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/11/11 | | FUNDING ACCOUNT: 9200******3965 | | 9999-000 | 18,000.00 | | 18,000.00 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 18,000.10 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 18,000.23 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,000.38 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 18,000.52 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,000.67 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 18,000.81 |
| 07/18/11 | | From Account #9200******3919 | combine MMA's | 9999-000 | 20,009.80 | | 38,010.61 |
| 07/18/11 | | From Account #9200******3965 | combine MMA's | 9999-000 | 3,854.90 | | 41,865.51 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.23 | | 41,865.74 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.87 | 41,814.87 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 41,815.22 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 97.39 | 41,717.83 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.87 | 41,720.70 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 41,721.04 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 85.72 | 41,635.32 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 41,635.67 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.70 | 41,552.97 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 41,553.31 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 91.08 | 41,462.23 |
| 12/02/11 | 101 | Illinois Department of Revenue | 2011 income taxes due | 2820-000 | | 41.00 | 41,421.23 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 41,421.58 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 85.12 | 41,336.46 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 41,336.81 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 90.36 | 41,246.45 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.70 | 41,164.75 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 84.35 | 41,080.40 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.37 | 40,999.03 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 92.42 | 40,906.61 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.02 | 40,825.59 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 89.23 | 40,736.36 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.25 | 40,650.11 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 77.74 | 40,572.37 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 91.45 | 40,480.92 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.95 | 40,397.97 |

Subtotals :  $41,867.82    $1,469.85

{} Asset reference(s)                                    Printed: 02/05/2013 10:23 AM    V.13.11

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 07-73027 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | BRUSKI EXCAVATING, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******39-20 - Checking Account |
| Taxpayer ID #: | **-***4371 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/05/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 80.02 | 40,317.95 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | 9999-000 | | 40,317.95 | 0.00 |
| | | | ACCOUNT TOTALS | | 41,867.82 | 41,867.82 | $0.00 |
| | | | Less: Bank Transfers | | 41,864.70 | 40,317.95 | |
| | | | Subtotal | | 3.12 | 1,549.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $3.12 | $1,549.87 | |

{} Asset reference(s)

Printed: 02/05/2013 10:23 AM    V.13.11

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 07-73027 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | BRUSKI EXCAVATING, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******39-65 - Money Market Account |
| Taxpayer ID #: | **-***4371 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/05/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3965 | Wire in from JPMorgan Chase Bank, N.A. account ********3965 | 9999-000 | 22,651.93 | | 22,651.93 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.08 | | 22,653.01 |
| 05/25/10 | | ACCOUNT FUNDED: 9200******3919 | | 9999-000 | | 20,000.00 | 2,653.01 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.08 | | 2,654.09 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.15 | | 2,654.24 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.16 | | 2,654.40 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.15 | | 2,654.55 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,654.57 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,654.59 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,654.61 |
| 12/30/10 | | Ryland | Adversary case settlement proceeds pursuant to court order | | 24,000.00 | | 26,654.61 |
| | {14} | | | 10,000.00 | 1121-000 | | 26,654.61 |
| | {15} | | | 2,000.00 | 1121-000 | | 26,654.61 |
| | {16} | | | 5,000.00 | 1121-000 | | 26,654.61 |
| | {17} | | | 1,000.00 | 1121-000 | | 26,654.61 |
| | {18} | | | 3,000.00 | 1121-000 | | 26,654.61 |
| | {19} | | | 1,400.00 | 1121-000 | | 26,654.61 |
| | {20} | | | 1,600.00 | 1121-000 | | 26,654.61 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 26,654.63 |
| 01/11/11 | | ACCOUNT FUNDED: 9200******3920 | | 9999-000 | | 18,000.00 | 8,654.63 |
| 01/12/11 | {10} | Chicago Title & Trust Company | A/R - Lot 436 - West Point | 1129-000 | 900.00 | | 9,554.63 |
| 01/12/11 | {10} | Chicago Title & Trust Company | A/R - Lot 437 - West Point | 1129-000 | 900.00 | | 10,454.63 |
| 01/12/11 | {10} | Chicago Title & Trust Company | A/R - Lot 438 - West Point | 1129-000 | 900.00 | | 11,354.63 |
| 01/18/11 | 11001 | Euler Hermes ACI | Per Court Order dated 10/4/10 | 4110-000 | | 7,500.00 | 3,854.63 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 3,854.75 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,854.77 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,854.80 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,854.83 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,854.86 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,854.89 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 3,854.90 |
| 07/18/11 | | To Account #9200******3920 | combine MMA's | 9999-000 | | 3,854.90 | 0.00 |

Subtotals : $49,354.90    $49,354.90

{} Asset reference(s)    Printed: 02/05/2013 10:23 AM    V.13.11

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 07-73027 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | BRUSKI EXCAVATING, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******39-65 - Money Market Account |
| Taxpayer ID #: | **-***4371 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/05/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 49,354.90 | 49,354.90 | $0.00 |
| | | | Less: Bank Transfers | | 22,651.93 | 41,854.90 | |
| | | | Subtotal | | 26,702.97 | 7,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $26,702.97 | $7,500.00 | |

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | MMA # ***-*****39-65 | 22,651.93 | 0.00 | 0.00 |
| | Checking # ****108520 | 0.00 | 2,800.00 | 37,517.95 |
| | MMA # 9200-******39-19 | 9.80 | 0.00 | 0.00 |
| | Checking # 9200-******39-20 | 3.12 | 1,549.87 | 0.00 |
| | MMA # 9200-******39-65 | 26,702.97 | 7,500.00 | 0.00 |
| | | $49,367.82 | $11,849.87 | $37,517.95 |

{} Asset reference(s)    Printed: 02/05/2013 10:23 AM    V.13.11

Printed: 02/05/13 10:14 AM                                                                                    Page: 1

# Claims Proposed Distribution

### Case: 07-73027   BRUSKI EXCAVATING, INC.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $37,517.95 | Total Proposed Payment: | $37,517.95 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Ehrmann Gehlbach Badger Lee & Considine | Admin Ch. 7 | 5,003.14 | 5,003.14 | 0.00 | 5,003.14 | 5,003.14 | 32,514.81 |
| | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Ehrmann Gehlbach Badger Lee & Considine | Admin Ch. 7 | 14,577.50 | 14,577.50 | 0.00 | 14,577.50 | 14,577.50 | 17,937.31 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | MEGAN G. HEEG | Admin Ch. 7 | 130.97 | 130.97 | 0.00 | 130.97 | 130.97 | 17,806.34 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | MEGAN G. HEEG | Admin Ch. 7 | 5,686.78 | 5,686.78 | 0.00 | 5,686.78 | 5,686.78 | 12,119.56 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| 23P | IUOE Local 150 | Priority | 263.39 | 263.39 | 0.00 | 263.39 | 263.39 | 11,856.17 |
| | **Claim Memo:** | | | | | | | |
| 18P | Chauffeurs,Teamsters & Helpers,Local Union #301 | Priority | 10,682.00 | 10,682.00 | 0.00 | 10,682.00 | 2,721.13 | 9,135.04 |
| 19P | Local Union #301 Pension Fund | Priority | 10,290.00 | 10,290.00 | 0.00 | 10,290.00 | 2,621.27 | 6,513.77 |
| 28P | Midwest Operating Engineers Pension Fund | Priority | 8,978.98* | 8,978.98 | 0.00 | 8,978.98 | 2,287.31 | 4,226.46 |
| 29P | Midwest Operating Engineers Welfare Fund | Priority | 14,449.45* | 14,449.45 | 0.00 | 14,449.45 | 3,680.85 | 545.61 |
| 30P | Operating Engineers Local 150 Apprenticeship Fund | Priority | 1,427.65* | 1,427.65 | 0.00 | 1,427.65 | 363.68 | 181.93 |
| 31P | Midwest Operating Engineers Construction Research | Priority | 259.11* | 259.11 | 0.00 | 259.11 | 66.01 | 115.92 |
| 32P | Local 150, I.U.O.E. Vacation Savings Plan | Priority | 455.05* | 455.05 | 0.00 | 455.05 | 115.92 | 0.00 |
| | **Total for Case 07-73027 :** | | **$72,204.02** | **$72,204.02** | **$0.00** | **$72,204.02** | **$37,517.95** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $25,398.39 | $25,398.39 | $0.00 | $25,398.39 | 100.000000% |
| Total Priority Claims : | $46,805.63 | $46,805.63 | $0.00 | $12,119.56 | 25.893381% |

(*) Denotes objection to Amount Filed

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-73027
Case Name: BRUSKI EXCAVATING, INC.
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 37,517.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 15,820.69 | 0.00 | 0.00 | 0.00 |
| 2P | Euler Hermes ACI | 7,500.00 | 7,500.00 | 7,500.00 | 0.00 |
| 6S | Key Equipment Finance Inc | 36,000.00 | 0.00 | 0.00 | 0.00 |
| 12S | Caterpillar Financial Services Corporation | 484,320.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 37,517.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 5,686.78 | 0.00 | 5,686.78 |
| Trustee, Expenses - MEGAN G. HEEG | 130.97 | 0.00 | 130.97 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine | 14,577.50 | 0.00 | 14,577.50 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine | 5,003.14 | 0.00 | 5,003.14 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 2,800.00 | 2,800.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 25,398.39
Remaining balance: $ 12,119.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,119.56

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above which may be allowed by the Court, priority claims totaling $315,375.14 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17P | Chauffeurs,Teamsters & Helpers,Local Union #301 | 0.00 | 0.00 | 0.00 |
| 18P | Chauffeurs,Teamsters & Helpers,Local Union #301 | 10,682.00 | 0.00 | 2,721.13 |
| 19P | Local Union #301 Pension Fund | 10,290.00 | 0.00 | 2,621.27 |
| 20 | Karlen R. Covey | 0.00 | 0.00 | 0.00 |
| 20 -2 | Karlen R. Covey | 0.00 | 0.00 | 0.00 |
| 23P | IUOE Local 150 | 263.39 | 0.00 | 263.39 |
| 28P | Midwest Operating Engineers Pension Fund | 8,978.98 | 0.00 | 2,287.31 |
| 29P | Midwest Operating Engineers Welfare Fund | 14,449.45 | 0.00 | 3,680.85 |
| 30P | Operating Engineers Local 150 Apprenticeship Fund | 1,427.65 | 0.00 | 363.68 |
| 31P | Midwest Operating Engineers Construction Research | 259.11 | 0.00 | 66.01 |
| 32P | Local 150, I.U.O.E. Vacation Savings Plan | 455.05 | 0.00 | 115.92 |
| 38P | Internal Revenue Service | 268,216.66 | 0.00 | 0.00 |
| 39P | Illinois Department of Employment Security | 22.85 | 0.00 | 0.00 |
| 39U | Illinois Department of Employment Security | 330.00 | 0.00 | 0.00 |

Total to be paid for priority claims:  $  12,119.56
Remaining balance:  $  0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-TFR (05/1/2011)

Timely claims of general (unsecured) creditors totaling $965,753.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Euler Hermes ACI | 64,947.00 | 0.00 | 0.00 |
| 3 | Continental Western Insurance Co | 31,030.00 | 0.00 | 0.00 |
| 4 | Meyer Material | 31,143.15 | 0.00 | 0.00 |
| 5 | Northern Materials, Inc. | 7,753.34 | 0.00 | 0.00 |
| 6U | Key Equipment Finance Inc | 76,446.52 | 0.00 | 0.00 |
| 7 | Botts Welding & Truck Service, Inc. | 2,957.08 | 0.00 | 0.00 |
| 8 | Peterson Fuels, Inc | 155,902.64 | 0.00 | 0.00 |
| 9 | Whitey's Towing, Inc. | 604.25 | 0.00 | 0.00 |
| 10 | Roland Machinery | 7,462.78 | 0.00 | 0.00 |
| 11 | Caterpillar Financial Services Corporation | 0.00 | 0.00 | 0.00 |
| 12U | Caterpillar Financial Services Corporation | 211,473.51 | 0.00 | 0.00 |
| 13 | Conserve FS | 19,777.53 | 0.00 | 0.00 |
| 14 | Pomps Tire | 7,950.03 | 0.00 | 0.00 |
| 15 | Leach Enterprises | 4,464.22 | 0.00 | 0.00 |
| 16 | Marlin Leasing Corp | 1,337.90 | 0.00 | 0.00 |
| 17U | Chauffeurs,Teamsters & Helpers,Local Union #301 | 0.00 | 0.00 | 0.00 |
| 18U | Chauffeurs,Teamsters & Helpers,Local Union #301 | 14,928.20 | 0.00 | 0.00 |
| 19U | Local Union #301 Pension Fund | 14,361.00 | 0.00 | 0.00 |
| 21 | Susan M. Covey | 20,550.00 | 0.00 | 0.00 |
| 22 | Regan Bruski and Jeremy Bruski | 117,000.00 | 0.00 | 0.00 |
| 23U | IUOE Local 150 | 0.00 | 0.00 | 0.00 |
| 24 | JPMorgan Chase Bank, NA | 93,469.31 | 0.00 | 0.00 |
| 25 | G&A Transport, Inc. | 5,725.00 | 0.00 | 0.00 |
| 26 | JPMorgan Chase Bank, NA | 54,597.74 | 0.00 | 0.00 |
| 27 | Bluff City Materials, Inc. | 5,491.18 | 0.00 | 0.00 |
| 28U | Midwest Operating Engineers Pension Fund | 1,932.90 | 0.00 | 0.00 |
| 29U | Midwest Operating Engineers Welfare Fund | 2,812.95 | 0.00 | 0.00 |
| 30U | Operating Engineers Local 150 Apprenticeship Fund | 184.77 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 31U | Midwest Operating Engineers Construction Research | | | 0.00 |
| 32U | Local 150, I.U.O.E. Vacation Savings Plan | 45.51 | 0.00 | 0.00 |
| 33 | FIA Card Services, N.A./Bank of America | 11,404.63 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 149,407.69 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 34 | Continental Western Insurance Co | 0.00 | 0.00 | 0.00 |
| 35 | Wright Express | 15,710.56 | 0.00 | 0.00 |
| 36 | Citgo | 4,263.41 | 0.00 | 0.00 |
| 37 | R & D Express, Inc. | 72,797.00 | 0.00 | 0.00 |
| 38U | Internal Revenue Service | 54,950.34 | 0.00 | 0.00 |
| 39S | Illinois Department of Employment Security | 1,686.38 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)