UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | | |
|---|---|---|---|
| In re: | BRUSKI EXCAVATING, INC. | § | Case No. 07-73027 |
| | INC, BB EXCAVATING | § | |
| | | § | |
| Debtor(s) | | § | |

**NOTICE OF TRUSTEE'S INTERIM REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>MEGAN G. HEEG</u>, trustee of the above styled estate, has filed a Interim Report and the trustee and the trustee's professionals have filed interim fee applications, which are summarized in the attached Summary of Trustee's Interim Report and Applications for Compensation.

The complete Interim Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Interim Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Interim Report will be held at 09:30 on 03/11/2013 in Courtroom 3100, United States Courthouse Courthouse, 327 S. Church Street, Rockford, IL 61101. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 02/05/2013          By:     /s/MEGAN G. HEEG
                                    Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: BRUSKI EXCAVATING, INC. | § | Case No. 07-73027 |
|  | § | |
| INC, BB EXCAVATING | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S INTERIM REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Interim ... Report shows receipts of | $ 49,367.82 |
| and approved disbursements of | $ 11,849.87 |
| leaving a balance on hand of [1] | $ 37,517.95 |

**Balance on hand:**   $ 37,517.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 15,820.69 | 0.00 | 0.00 | 0.00 |
| 2P | Euler Hermes ACI | 7,500.00 | 7,500.00 | 7,500.00 | 0.00 |
| 6S | Key Equipment Finance Inc | 36,000.00 | 0.00 | 0.00 | 0.00 |
| 12S | Caterpillar Financial Services Corporation | 484,320.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 37,517.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 5,686.78 | 0.00 | 5,686.78 |
| Trustee, Expenses - MEGAN G. HEEG | 130.97 | 0.00 | 130.97 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine | 14,577.50 | 0.00 | 14,577.50 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine | 5,003.14 | 0.00 | 5,003.14 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 2,800.00 | 2,800.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 25,398.39
Remaining balance: $ 12,119.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,119.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $315,375.14 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17P | Chauffeurs,Teamsters & Helpers,Local Union #301 | 0.00 | 0.00 | 0.00 |
| 18P | Chauffeurs,Teamsters & Helpers,Local Union #301 | 10,682.00 | 0.00 | 2,721.13 |
| 19P | Local Union #301 Pension Fund | 10,290.00 | 0.00 | 2,621.27 |
| 20 | Karlen R. Covey | 0.00 | 0.00 | 0.00 |
| 20 -2 | Karlen R. Covey | 0.00 | 0.00 | 0.00 |
| 23P | IUOE Local 150 | 263.39 | 0.00 | 263.39 |
| 28P | Midwest Operating Engineers Pension Fund | 8,978.98 | 0.00 | 2,287.31 |
| 29P | Midwest Operating Engineers Welfare Fund | 14,449.45 | 0.00 | 3,680.85 |
| 30P | Operating Engineers Local 150 Apprenticeship Fund | 1,427.65 | 0.00 | 363.68 |
| 31P | Midwest Operating Engineers Construction Research | 259.11 | 0.00 | 66.01 |
| 32P | Local 150, I.U.O.E. Vacation Savings Plan | 455.05 | 0.00 | 115.92 |
| 38P | Internal Revenue Service | 268,216.66 | 0.00 | 0.00 |
| 39P | Illinois Department of Employment Security | 22.85 | 0.00 | 0.00 |
| 39U | Illinois Department of Employment Security | 330.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

|  | Total to be paid for priority claims: | $ | 12,119.56 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 965,753.14 have been filed. To the extent they are allowed they will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.

The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Euler Hermes ACI | 64,947.00 | 0.00 | 0.00 |
| 3 | Continental Western Insurance Co | 31,030.00 | 0.00 | 0.00 |
| 4 | Meyer Material | 31,143.15 | 0.00 | 0.00 |
| 5 | Northern Materials, Inc. | 7,753.34 | 0.00 | 0.00 |
| 6U | Key Equipment Finance Inc | 76,446.52 | 0.00 | 0.00 |
| 7 | Botts Welding & Truck Service, Inc. | 2,957.08 | 0.00 | 0.00 |
| 8 | Peterson Fuels, Inc | 155,902.64 | 0.00 | 0.00 |
| 9 | Whitey's Towing, Inc. | 604.25 | 0.00 | 0.00 |
| 10 | Roland Machinery | 7,462.78 | 0.00 | 0.00 |
| 11 | Caterpillar Financial Services Corporation | 0.00 | 0.00 | 0.00 |
| 12U | Caterpillar Financial Services Corporation | 211,473.51 | 0.00 | 0.00 |
| 13 | Conserve FS | 19,777.53 | 0.00 | 0.00 |
| 14 | Pomps Tire | 7,950.03 | 0.00 | 0.00 |
| 15 | Leach Enterprises | 4,464.22 | 0.00 | 0.00 |
| 16 | Marlin Leasing Corp | 1,337.90 | 0.00 | 0.00 |
| 17U | Chauffeurs,Teamsters & Helpers,Local Union #301 | 0.00 | 0.00 | 0.00 |
| 18U | Chauffeurs,Teamsters & Helpers,Local Union #301 | 14,928.20 | 0.00 | 0.00 |
| 19U | Local Union #301 Pension Fund | 14,361.00 | 0.00 | 0.00 |
| 21 | Susan M. Covey | 20,550.00 | 0.00 | 0.00 |
| 22 | Regan Bruski and Jeremy Bruski | 117,000.00 | 0.00 | 0.00 |
| 23U | IUOE Local 150 | 0.00 | 0.00 | 0.00 |
| 24 | JPMorgan Chase Bank, NA | 93,469.31 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 25 | G&A Transport, Inc. | 59,729.00 | 0.00 | 0.00 |
| 26 | JPMorgan Chase Bank, NA | 54,597.74 | 0.00 | 0.00 |
| 27 | Bluff City Materials, Inc. | 5,491.18 | 0.00 | 0.00 |
| 28U | Midwest Operating Engineers Pension Fund | 1,932.90 | 0.00 | 0.00 |
| 29U | Midwest Operating Engineers Welfare Fund | 2,812.95 | 0.00 | 0.00 |
| 30U | Operating Engineers Local 150 Apprenticeship Fund | 184.77 | 0.00 | 0.00 |
| 31U | Midwest Operating Engineers Construction Research | 0.00 | 0.00 | 0.00 |
| 32U | Local 150, I.U.O.E. Vacation Savings Plan | 45.51 | 0.00 | 0.00 |
| 33 | FIA Card Services, N.A./Bank of America | 11,404.63 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 149,407.69 have been filed  and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 34 | Continental Western Insurance Co | 0.00 | 0.00 | 0.00 |
| 35 | Wright Express | 15,710.56 | 0.00 | 0.00 |
| 36 | Citgo | 4,263.41 | 0.00 | 0.00 |
| 37 | R & D Express, Inc. | 72,797.00 | 0.00 | 0.00 |
| 38U | Internal Revenue Service | 54,950.34 | 0.00 | 0.00 |
| 39S | Illinois Department of Employment Security | 1,686.38 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/MEGAN G. HEEG
                                    Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)