UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: BRUSKI EXCAVATING, INC. INC, BB EXCAVATING | § § § § | Case No. 07-73027 |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S INTERIM REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Interim Report and the trustee and the trustee's professionals have filed interim fee applications, which are summarized in the attached Summary of Trustee's Interim Report and Applications for Compensation.

The complete Interim Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Interim Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Interim Report will be held at 09:30 on 03/11/2013 in Courtroom 3100, United States Courthouse Courthouse, 327 S. Church Street, Rockford, IL 61101. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 02/05/2013              By:   /s/MEGAN G. HEEG
                                     Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: BRUSKI EXCAVATING, INC. § Case No. 07-73027
§
INC, BB EXCAVATING §
Debtor(s) §

SUMMARY OF TRUSTEE'S INTERIM REPORT
AND APPLICATIONS FOR COMPENSATION

The Interim ... Report shows receipts of $ 49,367.82

and approved disbursements of $ 11,849.87

leaving a balance on hand of [1] $ 37,517.95

**Balance on hand:** $ 37,517.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 15,820.69 | 0.00 | 0.00 | 0.00 |
| 2P | Euler Hermes ACI | 7,500.00 | 7,500.00 | 7,500.00 | 0.00 |
| 6S | Key Equipment Finance Inc | 36,000.00 | 0.00 | 0.00 | 0.00 |
| 12S | Caterpillar Financial Services Corporation | 484,320.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 37,517.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 5,686.78 | 0.00 | 5,686.78 |
| Trustee, Expenses - MEGAN G. HEEG | 130.97 | 0.00 | 130.97 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine | 14,577.50 | 0.00 | 14,577.50 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine | 5,003.14 | 0.00 | 5,003.14 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | | 2,800.00 | 2,800.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 25,398.39
Remaining balance: $ 12,119.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,119.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $315,375.14 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17P | Chauffeurs,Teamsters & Helpers,Local Union #301 | 0.00 | 0.00 | 0.00 |
| 18P | Chauffeurs,Teamsters & Helpers,Local Union #301 | 10,682.00 | 0.00 | 2,721.13 |
| 19P | Local Union #301 Pension Fund | 10,290.00 | 0.00 | 2,621.27 |
| 20 | Karlen R. Covey | 0.00 | 0.00 | 0.00 |
| 20 -2 | Karlen R. Covey | 0.00 | 0.00 | 0.00 |
| 23P | IUOE Local 150 | 263.39 | 0.00 | 263.39 |
| 28P | Midwest Operating Engineers Pension Fund | 8,978.98 | 0.00 | 2,287.31 |
| 29P | Midwest Operating Engineers Welfare Fund | 14,449.45 | 0.00 | 3,680.85 |
| 30P | Operating Engineers Local 150 Apprenticeship Fund | 1,427.65 | 0.00 | 363.68 |
| 31P | Midwest Operating Engineers Construction Research | 259.11 | 0.00 | 66.01 |
| 32P | Local 150, I.U.O.E. Vacation Savings Plan | 455.05 | 0.00 | 115.92 |
| 38P | Internal Revenue Service | 268,216.66 | 0.00 | 0.00 |
| 39P | Illinois Department of Employment Security | 22.85 | 0.00 | 0.00 |
| 39U | Illinois Department of Employment Security | 330.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|   |   |   |
|---|---|---|
| Total to be paid for priority claims: | $ | 12,119.56 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 965,753.14 have been filed. To the extent they are allowed they will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Euler Hermes ACI | 64,947.00 | 0.00 | 0.00 |
| 3 | Continental Western Insurance Co | 31,030.00 | 0.00 | 0.00 |
| 4 | Meyer Material | 31,143.15 | 0.00 | 0.00 |
| 5 | Northern Materials, Inc. | 7,753.34 | 0.00 | 0.00 |
| 6U | Key Equipment Finance Inc | 76,446.52 | 0.00 | 0.00 |
| 7 | Botts Welding & Truck Service, Inc. | 2,957.08 | 0.00 | 0.00 |
| 8 | Peterson Fuels, Inc | 155,902.64 | 0.00 | 0.00 |
| 9 | Whitey's Towing, Inc. | 604.25 | 0.00 | 0.00 |
| 10 | Roland Machinery | 7,462.78 | 0.00 | 0.00 |
| 11 | Caterpillar Financial Services Corporation | 0.00 | 0.00 | 0.00 |
| 12U | Caterpillar Financial Services Corporation | 211,473.51 | 0.00 | 0.00 |
| 13 | Conserve FS | 19,777.53 | 0.00 | 0.00 |
| 14 | Pomps Tire | 7,950.03 | 0.00 | 0.00 |
| 15 | Leach Enterprises | 4,464.22 | 0.00 | 0.00 |
| 16 | Marlin Leasing Corp | 1,337.90 | 0.00 | 0.00 |
| 17U | Chauffeurs,Teamsters & Helpers,Local Union #301 | 0.00 | 0.00 | 0.00 |
| 18U | Chauffeurs,Teamsters & Helpers,Local Union #301 | 14,928.20 | 0.00 | 0.00 |
| 19U | Local Union #301 Pension Fund | 14,361.00 | 0.00 | 0.00 |
| 21 | Susan M. Covey | 20,550.00 | 0.00 | 0.00 |
| 22 | Regan Bruski and Jeremy Bruski | 117,000.00 | 0.00 | 0.00 |
| 23U | IUOE Local 150 | 0.00 | 0.00 | 0.00 |
| 24 | JPMorgan Chase Bank, NA | 93,469.31 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount | Interim Payments | Proposed Payment |
|---|---|---|---|---|
| 25 | G&A Transport, Inc. | 9,725.00 | 0.00 | 0.00 |
| 26 | JPMorgan Chase Bank, NA | 54,597.74 | 0.00 | 0.00 |
| 27 | Bluff City Materials, Inc. | 5,491.18 | 0.00 | 0.00 |
| 28U | Midwest Operating Engineers Pension Fund | 1,932.90 | 0.00 | 0.00 |
| 29U | Midwest Operating Engineers Welfare Fund | 2,812.95 | 0.00 | 0.00 |
| 30U | Operating Engineers Local 150 Apprenticeship Fund | 184.77 | 0.00 | 0.00 |
| 31U | Midwest Operating Engineers Construction Research | 0.00 | 0.00 | 0.00 |
| 32U | Local 150, I.U.O.E. Vacation Savings Plan | 45.51 | 0.00 | 0.00 |
| 33 | FIA Card Services, N.A./Bank of America | 11,404.63 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 149,407.69 have been filed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 34 | Continental Western Insurance Co | 0.00 | 0.00 | 0.00 |
| 35 | Wright Express | 15,710.56 | 0.00 | 0.00 |
| 36 | Citgo | 4,263.41 | 0.00 | 0.00 |
| 37 | R & D Express, Inc. | 72,797.00 | 0.00 | 0.00 |
| 38U | Internal Revenue Service | 54,950.34 | 0.00 | 0.00 |
| 39S | Illinois Department of Employment Security | 1,686.38 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Bruski Excavating, Inc.  
    Debtor

Case No. 07-73027-TML  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: cshabez     Page 1 of 4     Date Rcvd: Feb 20, 2013  
                        Form ID: pdf006     Total Noticed: 95

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2013.

```
db         +Bruski Excavating, Inc.,    3805 Standish Road,   Marengo, IL 60152-8505
11809963    AT&T,    81556872249078,    P.O. Box 8100,   Aurora, IL 60507-8100
11809962   +Algonquin Accounting Service, Inc.,    1495 Merchant Drive,    Algonquin, IL 60102-5917
11809964   +Bakley Construction Group,    10900 N. Church Street.,    P.O. Box 145,    Huntley, IL 60142-0145
11809966   +Beverly Material,    2539,    1100 Brandt Drive,    Hoffman Estates IL 60192-1693
11809967   +Bluff City Materials, Inc.,    31238,    2252 Southwind Blvd,    Bartlett, IL 60103-1304
11809968    Bluff City Materials, Inc.,    07-02184-0 LDR,    c/o Steven D. Gertler & Associates, Ltd.,
             415 N. LaSalle St. Ste. 402,    Chicago, IL 60610
11809969   +Botts Welding & Truck Service, Inc.,    P.O. Box 430,    Woodstock, IL 60098-0430
11809970    Capital One,    4791242657274752,    P.O. Box 60024,    City of Industry, CA 91716-0024
11809971    Cat Access Card,    6280730000086637,    P.O. Box 905229,    Charlotte, NC 28290-5229
11809975   +Caterpillar Financial Services Corporation,    0010404822000,    2120 West End Ave,
             P.O. Box 34001,    Nashville, TN 37203-5251
11809973   +Caterpillar Financial Services Corporation,    0010441339000,    2120 West End Ave,
             P.O. Box 34001,    Nashville, TN 37203-5251
11809974   +Caterpillar Financial Services Corporation,    0010443538000,    2120 West End Ave,
             P.O. Box 34001,    Nashville, TN 37203-5251
11809972   +Caterpillar Financial Services Corporation,    0010480170000,    2120 West End Ave,
             P.O. Box 34001,    Nashville, TN 37203-5251
11809976    Chase,    450348701001,    P.O. Box 9001022,    Louisville, KY 40290-1022
11809977    Chase,    00518120090943,    P.O. Box 78050,    Phoenix, AZ 85062-8050
11809978   +Chase Equipment Leasing, Inc.,    1000119429,    1111 Polaris Parkway, Suite A3,
             Columbus, OH 43240-2031
11809979   +Chauffeurs, Teamsters & Helpers Local 301. IB. of,    36990 N. Green Bay Road,
             Waukegan, IL 60087-3406
11809980   +Chauffeurs,Teamsters & Helpers,Local Union #301,    Health & Welfare Fund/Michael Haffer, Tr,
             c/o Carmell,Charone et al 07 CV 5739,    230 West Monroe St, Suite 1900,    Chicago, IL 60606-4710
11809981   +Citgo,    131954307,    P.O. Box 923928,    Norcross, GA 30010-3928
11809983    Citi Business,    5082290057153691,    P.O. Box 688913,    Des Moines, IA 50368-8913
11809987   +Conserve FS,    0328805`,    1110 McConnell Road,    P.O. Box 1550,    Woodstock, IL 60098-1550
11809989    Continental Western Group,    CU IL 2521970 24, WC IL 2521969 24,    P.O. Box 1594,
             Des Moines, IA 50306-1594
11809990    Continental Western Group,    CWP IL 2515447 24,    P.O. Box 1594,    Des Moines, IA 50306-1594
11809988    Continental Western Group,    WC IL 2521969 23, CWP IL 2515447 23,    P.O. Box 1594,
             Des Moines, IA 50306-1594
11809991   +Continental Western Group,    c/o Sentinel Agency,    189 S Main St,    Crystal Lake IL 60014-6249
11924732   +Continental Western Insurance Co,    %RMS Bankruptcy Recovery Systems,    POB 5126,
             Timonium, MD 21094-5126
11899597   +Euler Hermes ACI,    Assignee of Powell Inc,    800 Red Brook Blvd,    Owings Mills, MD 21117-5173
11809992  ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Credit,    National Bankruptcy Service Center,    030598041,
             P.O. Box 537901,    Livonia, MI 48153-7901)
11809994  #+G&A Transport, Inc.,    648 Joseph Street,    Lake in the Hills 60156-5202
11809996    Hyphen Solutions, Ltd.,    10000029655,    P.O. Box 849936,    Dallas, TX 75284-9936
12200709   +IUOE Local 150,    Dale Pierson,    6140 Joliet Road,    Countryside, IL 60525-3956
12875413   +Illinois Department of Employment Security,    33 South State Street,
             Chicago, Illinois 60603-2808
11809997    Illinois Department of Revenue,    Springfield, Illinois 62794-9204
11809998    Illinois LICA,    2391 Knox highway,    Williamsfield, IL 61489
12202353    JPMorgan Chase Bank, NA,    c/o Michael McLean,    50 S. Main St., 9th Fl, Akron Center,
             Akron, Ohio 44308
11810000   +JW Heavy Repairs and Excavating,    11500 Ballard Road,    Huntley, IL 60142-9518
12199802    Karlen R. Covey,    Covey & Covey,    7908 Route 14, Suite B,    Crystal Lake, IL 60012
11810002   +Lafarge North America,    2040082,    23285 Network Place,    Chicago, IL 60673-1232
11810003   +Leach Enterprises,    14386,    4304 Route 176,    Crystal Lake, IL 60014-3799
12204027   +Local 150, I.O.U.E. Vacation Savings Plan,    c/o Beverley P. Alfon,
             Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
12204338   +Local 150, I.U.O.E. Vacation Savings Fund,    c/o Beverly P. Alfon,
             Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
12204009   +Local 150, I.U.O.E. Vacation Savings Plan,    c/o Beverley P. Alfon,
             Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
12204139   +Local 150, I.U.O.E. Vacation Savings Plan,    c/o Beverly P. Alfon,
             Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
12189892   +Local 301 Health &,    Welfare Pension Funds,    230 W. Monroe St Ste 1900,
             Chicago, IL 60606-4710
12184546   +Local Union #301 Pension Fund,    36990 N. Greenbay Road,    Waukegan, IL 60087-3406
11810004   +M&A Truck Repair,    1480 Imhoff Drive,    Lake in the Hills, IL 60156-1504
11810005   +Marlin Leasing Corp,    300 Fellowship Road,    Mount Laurel, NJ 08054-1727
11810006    McHenry County Supply,    607017,    2022 S. Route 31,    McHenry, IL 60050
11810007   +Meyer Material,    %Raphael E Yalden II,    1318 E State St,    Rockford, IL 61104-2228
11810008    Midwest Operating Engineers,    38388,    6150 Joliet Road,    Countryside, IL 60525-3994
11810010    Midwest Operating Engineers,    5257900,    6150 Joliet Road,    Countryside, IL 60525-3994
12204011   +Midwest Operating Engineers Construction Industry,    c/o Beverley P. Alfon,
             Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
```

```
District/off: 0752-3          User: cshabez              Page 2 of 4                    Date Rcvd: Feb 20, 2013
                              Form ID: pdf006            Total Noticed: 95


12204396     +Midwest Operating Engineers Construction Research,    c/o Beverly P. Alfon,
               Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
11810011      Midwest Operating Engineers Fund,    07 CV 6159, 5257900,
               c/o Baum, Sigman, Auerbach & Neuman, Ltd,    200 W. Adams St, Suite 2200,
               Chicago, IL 60606-5231
11810009      Midwest Operating Engineers Fund,    07 CV 6162, 38388,    c/o Baum, Sigman, Auerbach & Neuman, Ltd,
               200 W. Adams St, Suite 2200,   Chicago, IL 60606-5231
12203889     +Midwest Operating Engineers Pension Fund,    c/o Beverley P. Alfon,
               Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
12203934     +Midwest Operating Engineers Welfare Fund,    c/o Beverley P. Alfon,
               Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
11810012      Navistar Financial Corporation,    06969810,   P.O. Box 96070,    Chicago, IL 60693-6070
11810017     +Northern Materials, Inc.,    % Raphael E. Yalden II,    1318 E State St,    Rockford, IL 61104-2228
11810018      Northern materials, Inc.,    07 SC 3550,   c/o Raphael E. Yalden II,    1318 East State Street,
               Rockford, IL 61104-2228
12203979     +Operating Engineers Local 150 Apprenticeship Fund,    c/o Beverley P. Alfon,
               Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
11810019     +Pamela Ewald,   07 LK 147,    c/o Joanne Moskovic,    120 W. Eastman, Ste. 204,
               Arlington Heights, IL 60004-5949
11810020     +Peterson Fuels, Inc,    02160,   148 S. State Street,    Hampshire, IL 60140-7000
11810022      Pomps Tire,   6589454,    P.O. Box 1630,   Green Bay, WI 54305-1630
11810023     +Powell, Inc.,    13546 Rockland Road, Suite 6,    Lake Bluff, IL 60044-1463
12231424     +R & D Express, Inc.,    % Atty Kurt E Vragel Jr,    1701 E Lake Ave  Ste 170,
               Glenview, Il 60025-2085
11810025     +R&D Express, Inc.,    c/o Kurt E. Vragel,    1701 East Lake Avenue Ste 170,
               Glenview, IL 60025-2085
11810024      R&D Express, Inc.,    33 Lexington Ave,    Fox River Grove, IL 60021
11810026     +R&J Construction Supply Co., Inc.,    11902 North Street,    Huntley, IL 60142-9603
12199841     +Regan Bruski and Jeremy Bruski,    3805 Standish Road,    Marengo, IL 60152-8505
11810027     +Regan and Jeremy Bruski,    3805 Standish,    Marengo, IL 60152-8505
11810028     +Roland Machinery,    816 N Dirksen Parkway,    Springfield, IL 62702-6115
11810029     +Susan Covey,   344 Hiawatha Drive,    Lake in the Hills, IL 60156-1421
12199830     +Susan M. Covey,    344 Hiawatha,   Lake in the Hills, IL 60156-1421
11810030      T-Mobile,   438493502,    P.O. Box 742596,   Cincinnati, OH 45274-2596
12184506     +Teamsters Local 301 Healh & Welfare Fund,    36990 N. Greenbay Road,    Waukegan, IL 60087-3406
11809982      The CIT Group/EF,    90132732002,   File 55603,    Los Angeles, CA 90074-5603
11810031      West Side Tractor Sales,    6589454847, Inv. A55292,    1400 W Ogden Ave,
               Naperville IL 60563-3909
11810032     +Whitey?s Towing, Inc.,    520 Cary-Algonquin Road,    Cary, IL 60013-2060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11809963      E-mail/Text: gl7768@att.com Feb 21 2013 04:11:04     AT&T,   81556872249078,    P.O. Box 8100,
               Aurora, IL 60507-8100
11809985     +E-mail/Text: legalcollections@comed.com Feb 21 2013 04:08:59     ComEd,   GCED2006152402,
               Claims Dept, 4th Floor,    Three Lincoln Centre,    Oakbrook Terrace, IL 60181-4204
11809984     +E-mail/Text: legalcollections@comed.com Feb 21 2013 04:08:59     ComEd,   GCED2006162562,
               Claims Dept, 4th Floor,    Three Lincoln Centre,    Oakbrook Terrace, IL 60181-4204
11809986     +E-mail/Text: legalcollections@comed.com Feb 21 2013 04:08:59     ComEd,   GCED2006146670,
               Claims Dept, 4th Floor,    Three Lincoln Centre,    Oakbrook Terrace, IL 60181-4204
12205142      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 21 2013 04:44:32
               FIA Card Services, N.A./Bank of America,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11848655     +E-mail/Text: snelson@califf.com Feb 21 2013 04:06:12     Ford Motor Credit Company LLC,
               c/o Steven L Nelson,    POB 3700,   Rock Island, IL 61204-3700
11809995      E-mail/Text: ally@ebn.phinsolutions.com Feb 21 2013 04:10:50     GMAC,   024906999476,
               P.O. Box 9001948,   Louisville, KY 40290-1948
11809999      E-mail/Text: cio.bncmail@irs.gov Feb 21 2013 04:01:51     Internal Revenue Service,   36-4224371,
               Cincinnati, OH 45999-0039
11810001     +E-mail/Text: rita.robles@key.com Feb 21 2013 04:11:53     Key Equipment Finance,   5910515241,
               600 Travis, Suite 1300,    Houston, TX 77002-3009
11940024     +E-mail/Text: rita.robles@key.com Feb 21 2013 04:11:53     Key Equipment Finance Inc,
               1000 S McCaslin Blvd,    Superior, CO 80027-9437,    attn: Sal Boscia
11810013     +E-mail/Text: appebnmailbox@sprint.com Feb 21 2013 04:07:36     Nextel,   126701515,
               P.O. Box 8077,   London, KY 40742-8077
11810014      E-mail/Text: bankrup@aglresources.com Feb 21 2013 04:05:58     Nicor Gas,
               07-0747, 07-1610, 06-3114,    1844 Ferry Road, 7W,    Naperville, IL 60563-9600
11810015      E-mail/Text: bankrup@aglresources.com Feb 21 2013 04:05:58     Nicor Gas,
               07-0763, 07-0949, 06-3563,    1844 Ferry Road, 7W,    Naperville, IL 60563-9600
11810016      E-mail/Text: bankrup@aglresources.com Feb 21 2013 04:05:58     Nicor Gas,   07 SCK 192,
               1844 Ferry Road, 7W,    Naperville, IL 60563-9600
11810021     +E-mail/Text: william_rush@phoenixlosscontrol.com Feb 21 2013 04:12:26     Phoenix Loss Control,
               NIL-3567,   P.O. Box 27087,    Denver, CO 80227-0087
11810033     +E-mail/Text: bankruptcy@wrightexpress.com Feb 21 2013 04:58:07     Wright Express,
               Financial Services,    P.O. Box 639,   Portland, ME 04104-0639
                                                                                              TOTAL: 16
```

```
District/off: 0752-3          User: cshabez              Page 3 of 4            Date Rcvd: Feb 20, 2013
                              Form ID: pdf006            Total Noticed: 95


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11809993*    ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
              (address filed with court:  Ford Credit,   National Bankruptcy Service Center,   039484636,
              P.O. Box 537901,   Livonia, MI 48153-7901)
11828360*    ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
              (address filed with court:  Ford Motor Credit Company LLC,   P.O. Box 537901,
              Livonia, MI  48153-9905)
12199814*     Karlen R. Covey,   Covey & Covey,   7908 Route 14, Suite B,   Crystal Lake, IL 60012
12204010*    +Local 150 I.U.O.E. Vacation Savings Plan,   c/o Beverley P. Alfon,
              Baum Sigman Auerbach & Neuman, Ltd.,   200 W. Adams St., Suite 2200,   Chicago, IL 60606-5231
12204012*    +Local 150, I.U.O.E. Vacation Savings Plan,   c/o Beverley P. Alfon,
              Baum Sigman Auerbach & Neuman, Ltd.,   200 W. Adams St., Suite 2200,   Chicago, IL 60606-5231
12204067*    +Local 150, I.U.O.E. Vacation Savings Plan,   c/o Beverley P. Alfon,
              Baum Sigman Auerbach & Neuman, Ltd.,   200 W. Adams St., Suite 2200,   Chicago, IL 60606-5231
12204068*    +Midwest Operating Engineers Construction Industry,   c/o Beverley P. Alfon,
              Baum Sigman Auerbach & Neuman, Ltd.,   200 W. Adams St., Suite 2200,   Chicago, IL 60606-5231
12204069*    +Midwest Operating Engineers Construction Industry,   c/o Beverley P. Alfon,
              Baum Sigman Auerbach & Neuman, Ltd.,   200 W. Adams St., Suite 2200,   Chicago, IL 60606-5231
12204112*    +Midwest Operating Engineers Construction Industry,   c/o Beverley P. Alfon,
              Baum Sigman Auerbach & Neuman, Ltd.,   200 W. Adams St., Suite 2200,   Chicago, IL 60606-5231
12204113*    +Midwest Operating Engineers Construction Industry,   c/o Beverley P. Alfon,
              Baum Sigman Auerbach & Neuman, Ltd.,   200 W. Adams St., Suite 2200,   Chicago, IL 60606-5231
11809965     ##Bank of America,   4339930015152483,   P.O. Box 15184,   Wilmington, DE 19850-5184
                                                                            TOTALS: 0, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez              Page 4 of 4                  Date Rcvd: Feb 20, 2013
                              Form ID: pdf006            Total Noticed: 95
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2013 at the address(es) listed below:

```
              Adham  Alaily    on behalf of Creditor    Caterpillar Financial Services Corporation
               aalaily@ehrenbergeganlaw.com
              Elizabeth A LaRose    on behalf of Creditor     IUOE, Local 150, AFL-CIO elarose@local150.org,
               docketing@local150.org;lkramer@local150.org
              John C Ruddy    on behalf of Defendant    Wyndham Deerpoint Homes jruddy@ruddyking.com,
               lincoln@ruddyking.com
              Karlen R. Covey    on behalf of Debtor    Bruski Excavating, Inc. coveylaw@ameritech.net
              Kurt E Vragel, Jr    on behalf of Creditor    R & D Express, Inc. kurt@kevtrucks.com
              Megan G Heeg    on behalf of Counter-Defendant Trustee Megan G  Heeg heeg@egbbl.com,
               IL55@ecfcbis.com
              Megan G Heeg    heeg@egblc.com,   IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com
              Megan G Heeg    on behalf of Plaintiff Trustee Megan G  Heeg heeg@egblc.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Raphael E Yalden    on behalf of Creditor    Northern Materials, Inc. raphaeleyaldenii@msn.com
              Ross S Carponelli    on behalf of Defendant    The Ryland Group, Inc. d/b/a Ryland Homes
               eastonlaw@aol.com
              Ryan  Liska    on behalf of Counter-Claimant    Pasquinelli-Meadow Brook LLC rliska@theniewgroup.com
              Ryan  Liska    on behalf of Defendant    Pasquinelli-Tuscany Woods LLC rliska@theniewgroup.com
              Ryan  Liska    on behalf of Defendant    Pasquinelli-Hampton Park LLC rliska@theniewgroup.com
              Ryan  Liska    on behalf of Counter-Claimant    Pasquinelli Homes, LLC rliska@theniewgroup.com
              Ryan  Liska    on behalf of Counter-Claimant    Pasquinelli-Theodores Crossing LLC
               rliska@theniewgroup.com
              Ryan  Liska    on behalf of Counter-Claimant    Pasquinelli, Inc. rliska@theniewgroup.com
              Ryan  Liska    on behalf of Counter-Claimant    Pasquinelli-Tuscany Woods LLC
               rliska@theniewgroup.com
              Ryan  Liska    on behalf of Counter-Claimant    Pasquinelli-Hampton Park LLC rliska@theniewgroup.com
              Ryan  Liska    on behalf of Defendant    Pasquinelli-Meadow Brook LLC rliska@theniewgroup.com
              Ryan  Liska    on behalf of Defendant    Pasquinelli-Theodores Crossing LLC rliska@theniewgroup.com
              Ryan  Liska    on behalf of Defendant    Pasquinelli, Inc. rliska@theniewgroup.com
              Ryan  Liska    on behalf of Defendant    Pasquinelli Homes, LLC rliska@theniewgroup.com
              Scott C. Frost    on behalf of Creditor    Caterpillar Financial Services Corporation
               sfrost@howardandhoward.com,   drizzuto@howardandhoward.com
              Steven L Nelson    on behalf of Creditor    Ford Motor Credit Company LLC snelson@califf.com
              Wendy E Morris    on behalf of Defendant    William Ryan Homes, Inc. wmorris@freebornpeters.com
                                                                                              TOTAL: 27
```